# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERONIMO F. ROSADO, Jr., | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-2426 |
| | : | |
| CITY OF COATESVILLE PA, *et al.*, | : | |
|     *Defendants*. | : | |

## ORDER

AND NOW, this 11th day of June, 2019, upon consideration of Plaintiff Geronimo F. Rosado, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(ii) as to the following claims: (1) all claims against Defendant Ms. J; (2) the federal mail fraud claim against Defendants Dawn Doe and Jane/John Doe; and (3) all claims against all Defendant asserting violations of the Sixth, Seventh, Eighth, Ninth, and Tenth Amendments.

4. The Complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as to following claims: (1) all claims against the City of Coatesville; and (2) all state law claims against the Doe Defendants.

5. Rosado is given thirty (30) days to file an amended complaint. Any amended complaint shall identify all Defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and

shall state the basis for Rosado's claims against each Defendant. The amended complaint must be a complete document setting forth all claims Rosado wants to asserts against all parties. He may not rely upon or incorporate by reference the allegations contained in the original Complaint. Rosado should provide enough information for the Court to understand what happened to him and how each named Defendant acted to cause him injury. When drafting his amended complaint, Rosado should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

6. The Clerk of Court shall send Rosado a blank copy of the Court's form complaint to be used by a prisoner filing a civil rights action bearing the above civil action number. Rosado may use this form to file his amended complaint in the instant case if he chooses to do so.

7. If Rosado fails to file an amended complaint in accordance with paragraph five (5) of this Order, his case will proceed against Defendant Boyle only.

8. The Clerk of Court is **DIRECTED** not to make service pending further Order of the Court.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**